# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT MCQUEEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-174** |
| **JAMES M. LEBLANC, ET AL.** | **SECTION "E"(1)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's "Motion for a Temporary Restraining Order and Preliminary Injunction," Rec. Doc. 10, is **DENIED**.

**New Orleans, Louisiana, this __21st__ day of _____August_____, 2014.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**